AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF<br>AN ACTION REGARDING A PATENT<br>OR TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Western District of Texas - Waco Division** on the following

☐ Trademarks or  ☒ Patents. (  ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:22-cv-00985 | DATE FILED<br>September 20, 2022 | U.S. DISTRICT COURT<br>Western District of Texas - Waco Division |
|---|---|---|
| PLAINTIFF<br><br>Aeritas LLC | | DEFENDANT<br><br>Staples, Inc. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  7,706,819 | April 27, 2010 | Aeritas LLC |
| 2  8,055,285 | November 8, 2011 | Aeritas LLC |
| 3  8,620,364 | December 31, 2011 | Aeritas LLC |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy